# In the United States Court of Federal Claims

No. 18-1784C
(Filed: January 16, 2019)

```
*************************************
ROBERT J. LABONTE,                  *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## ORDER

On January 6, 2019, Diana Lee and Samuel Davis moved to appear for Robert Labonte pursuant to Rule 83.3 of the Rules of the United States Court of Federal Claims ("RCFC"). Ms. Lee and Mr. Davis were recently certified to practice in this court, and their motions contain the other materials that law students must submit before appearing on behalf of a party. Thus, the Court **GRANTS** Ms. Lee's and Mr. Davis's motions to appear in this matter on behalf of Mr. Labonte.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney<br>
MARGARET M. SWEENEY<br>
Chief Judge

# In the United States Court of Federal Claims

January 16, 2019

ORDER

On January 6, 2019, Diana Lee and Samuel Davis—two students at Yale Law School—petitioned the chief judge to certify them to practice pursuant to Rule 83.3(b) of the Rules of the United States Court of Federal Claims ("RCFC"). Upon consideration of the petition, it appears that the petitioners satisfy the requirements of RCFC 83.3(b). Therefore, it is **ORDERED** that Diana Lee and Samuel Davis are certified to practice before this court.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Chief Judge