# In the United States Court of Federal Claims

No. 18-1784C
(Filed: January 18, 2019)

```
*************************************
ROBERT J. LABONTE,                  *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

**ORDER**

    On January 17, 2019, defendant filed an unopposed motion to stay proceedings in this case until Congress appropriates funds to the United States Department of Justice ("DOJ"). The court **GRANTS** the motion; the case is stayed until Congress appropriates such funds. By **no later than ten days after Congress appropriates funds to the DOJ,** the parties shall file a joint status report suggesting further proceedings and proposing dates for any relevant deadlines.

    **IT IS SO ORDERED.**

s/ Margaret M. Sweeney<br>
MARGARET M. SWEENEY<br>
Chief Judge