# In the United States Court of Federal Claims

No. 18-1784C
(Filed:  February 20, 2019)

```
*************************************
ROBERT J. LABONTE,                 *
                                   *
                Plaintiff,         *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
                Defendant.         *
*************************************
```

## <u>ORDER</u>

On February 19, 2019, the parties filed a joint status report in which they proposed that the court set April 5, 2019 as the deadline for defendant to respond to plaintiff's complaint.  The court adopts that proposed schedule; defendant is ordered to respond to plaintiff's complaint by **no later than Friday, April 5, 2019.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge