UNITED STATES COURT OF FEDERAL CLAIMS

APPLICATION FOR LAW STUDENT APPEARANCE AND CERTIFICATION

Docket Number: No. 18-1784 C

Case Name: LaBonte v. United States

I. Student Contact Information

Name: John Super

Address: Jerome N. Frank Legal Services Organization, P.O. Box 209090

City: New Haven

State: Connecticut

Zip Code: 06520-9090

Phone: (203) 432-4800

Fax: (203) 432-1426

Email: john.super@ylsclinics.org

II. Law Student Certification

Docket Number: No. 18-1784 C

Case Name: LaBonte v. United States

My signature below certifies that:

A. I am enrolled and in good standing at a law school approved by the American Bar Association.
Law School: Yale Law School

B. I have completed legal studies amounting to at least two semesters, or the equivalent thereof if the school operates on some basis other than a semester basis.

C. I have read and am familiar with the Rules of the United States Court of Federal Claims, the Federal Rules of Evidence, and the American Bar Association Model Rules of Professional Conduct.

D. I am enrolled for credit in a clinical program at an accredited law school that maintains malpractice insurance for its activities and conducts its activities under the direction of a faculty member of the law school.

E. I have not asked for nor received nor will I ask for or receive compensation or remuneration of any kind directly from the party on whose behalf I am rendering service.

I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Law Student Signature: _/s/_

Date: March 8, 2019

Name: John Super

III. Supervising Attorney Certification and Motion

Docket Number: No. 18-1784 C

Case Name: LaBonte v. United States

I, Michael J. Wishnie, certify that I am a member of the bar of this Court and the attorney of record in the above-referenced case and move to permit the law student applicant to appear before the Court under my direct supervision, pursuant to Rule 83.3(a)(2). I understand that my direct supervision of the applicant includes co-signing all submissions filed with the Court and being present at oral argument. I personally assume professional responsibility for the law student's work and for supervising the quality of his work. I am familiar with the above-referenced case and am prepared to supplement or correct any written or oral statement made by the student.

Signature: *[signature]*

Date: 3/8/219

Address: Jerome N. Frank Legal Services Organization, P.O. Box 209090

City: New Haven

State: Connecticut

Zip Code: 06520-9090

Phone: (203) 432-4800

Fax: (203) 432-1426

Email: michael.wishnie@ylsclinics.org

IV. Dean Certification

Docket Number: No. 18-1784 C

Case Name: LaBonte v. United States

I certify that the law student listed below is enrolled and in good standing at Yale Law School, a law school accredited by the American Bar Association. I am satisfied that the law student applicant is of good moral character and is of competent legal ability.

Law Student Name: John Super

Dean Signature:

Date: 3/19/2019

Name: HEATHER GERKEN

Address: Jerome N. Frank Legal Services Organization, P.O. Box 209090

City: New Haven

State: Connecticut

Zip Code: 06520-9090

Phone: (203) 432-4800

Fax: (203) 432-1426

UNITED STATES COURT OF FEDERAL CLAIMS

CLIENT AUTHORIZATION FOR LAW STUDENT APPEARANCE

Docket Number: No. 18-1784 C

Case Name: LaBonte v. United States

I authorize John Super enrolled at Yale Law School under the supervision of Michael J. Wishnie and Renee Burbank to appear in Court or at other proceedings and to prepare documents on my behalf in the above-referenced case.

Signature: *[signature]*
Date: 3-8-2019
Name: Robert J. LaBonte, Jr.
Address: 24 Kyle Court
City: Meriden
State: CT.
Zip Code: 06450
Phone Number: 860-558-2968