# In the United States Court of Federal Claims

No. 18-1784C
(Filed: March 26, 2019)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ROBERT J. LABONTE, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

On March 25, 2019, John Super moved to appear for Robert Labonte pursuant to Rule 83.3 of the Rules of the United States Court of Federal Claims ("RCFC"). Mr. Super was recently certified to practice in this court, and his motion contains the other materials that law students must submit before appearing on behalf of a party. Thus, the Court **GRANTS** Mr. Super's motion to appear in this matter on behalf of Mr. Labonte.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge