# In the United States Court of Federal Claims

No. 18-1784C
(Filed:  April 8, 2019)

```
*************************************
ROBERT J. LABONTE JR.,              *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## ORDER

On April 5, 2019, defendant moved to extend the time to respond to Robert LaBonte Jr.'s complaint until April 16, 2019.  The court **GRANTS** the unopposed motion; defendant shall file its response to Mr. LaBonte's complaint by **no later than Tuesday, April 16, 2019.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge
