# In the United States Court of Federal Claims

No. 18-1784C
(Filed:  April 17, 2019)

```
*************************************
ROBERT J. LABONTE JR.,            *
                                  *
            Plaintiff,            *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
*************************************
```

## ORDER

On April 16, 2019, defendant filed its second motion to extend the time to respond to Robert LaBonte Jr.'s complaint from April 16, 2019, to May 3, 2019.  Defendant explains that it seeks additional time because the assigned counsel (1) had to devote significant time to a response brief, a reply brief, and oral argument in other cases; and (2) will be out of the office on preplanned leave until April 29, 2019.  Defendant further represents that the response is not yet ready to be filed; defendant still needs to revise the draft to incorporate agency comments, submit the draft for internal review, and provide a revised draft to the agency for additional review.  Mr. LaBonte, who consented to the first motion to extend the deadlines, opposes the instant motion because (1) defendant has already received 84 additional days, and (2) plaintiff will suffer monetary loss and ancillary benefits while this case remains pending because prejudgment interest is not available in military pay cases.

The court is displeased with defendant's delay in moving for an extension of time.  It is clear from defendant's motion that its counsel knew well in advance of filing the instant motion that defendant would not be able to meet the April 16, 2019 filing deadline.  The court is troubled that defendant nonetheless waited to request additional time until the deadline for its response.  The court, however, finds good cause for the extension based on the combination of defense counsel's prior obligations and prescheduled leave.  Thus, the court **GRANTS** defendant's motion for an extension of time; defendant shall file its response to Mr. LaBonte's complaint by **no later than Friday, May 3, 2019.**

    IT IS SO ORDERED.

                                                          s/ Margaret M. Sweeney
                                                          MARGARET M. SWEENEY
                                                          Chief Judge