# In the United States Court of Federal Claims

No. 18-1784C
(Filed:  May 3, 2019)

```
*************************************
ROBERT J. LABONTE JR.,               *
                                     *
            Plaintiff,               *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
*************************************
```

## ORDER

On May 2, 2019, defendant filed a motion asking that the court extend the deadline for filing a response to plaintiff's complaint to May 17, 2019.  Defendant explained that it has been unable to contact plaintiff for its position on the motion but that the extension was warranted because defendant's counsel's supervisor recently suggested adding a motion for judgment on the administrative record to the draft motion to dismiss.  On May 3, 2019, plaintiff filed its response to defendant's motion and explained that any additional delay is prejudicial because, due to the unavailability of prejudgment interest in military pay cases, an extension reduces plaintiff's potential recovery.  Nonetheless, the court finds good cause for extending the deadline:  the additional time will streamline the resolution of this matter because defendant can file a single motion rather than a motion to dismiss today and a motion for judgment on the administrative record at a later date.  The bifurcated motions would merely delay this case further.  Accordingly, the court **GRANTS** defendant's motion; defendant shall file its response to plaintiff's complaint by **no later than Friday, May 17, 2019.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge