## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT J. LABONTE, | |
| Plaintiff, | No. 18-1784C |
| v. | (Chief Judge Sweeney) |
| UNITED STATES, | |
| Defendant. | |

### DEFENDANT'S MOTION TO FILE ADMINISTRATIVE RECORD ON COMPACT DISC

Defendant, the United States, respectfully requests that the Court grant leave to file the administrative record in this case on compact disc (CD) for the reasons set forth below.

In connection with our dispositive motion, we have attempted to electronically file the administrative record through the Court's electronic filing system. Unfortunately, this was unsuccessful despite repeated attempts. As a result, we respectfully request the Court to grant leave to file the administrative record on CD. We are serving plaintiff's counsel with a copy of the CD by Federal Express.

For these reasons, we respectfully request that the Court grant this motion for leave to file the administrative record on CD.

    Respectfully Submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    ROBERT E. KIRSCHMAN, JR.
    Director

    s/ *Douglas K. Mickle*
    *Allison Kidd-Miller*
    DOUGLAS K. MICKLE
    Assistant Director

s/ *Richard P. Schroeder*
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7788
email: richard.schroeder@usdoj.gov

Dated: May 17, 2019