# In the United States Court of Federal Claims

No. 18-1784C
(Filed:  June 17, 2019)

```
*************************************
ROBERT J. LABONTE JR.,              *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## ORDER

On June 13, 2019, plaintiff filed an unopposed motion to extend the deadline to file its response to defendant's motion to dismiss or motion for judgment on the administrative record until July 17, 2019.  The court **GRANTS** the unopposed motion.  Plaintiff shall file its response by **no later than Wednesday, July 17, 2019.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge