# In the United States Court of Federal Claims

**No. 18-1784 C**
**(Filed: June 21, 2019)**

```
*****************************************
ROBERT J. LABONTE, JR.               *
         Plaintiff                    *
                                      *
    v.                                *
                                      *
THE UNITED STATES                     *
         Defendant                    *
                                      *
*****************************************
```

## **ORDER**

    Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is transferred to Judge Richard A. Hertling.

    **IT IS SO ORDERED.**

                                             s/ Margaret M. Sweeney
                                             MARGARET M. SWEENEY
                                             Chief Judge