# In the United States Court of Federal Claims

No. 18-1784 C
Filed: June 21, 2019

**ROBERT J. LABONTE, JR.**
      **Plaintiff**

      **v.**

**NOTICE OF REASSIGNMENT TO:**

**Judge Richard A. Hertling**

**THE UNITED STATES**
      **Defendant**

      Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

_____
Clerk of Court