IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT J. LABONTE, | |
| Plaintiff, | No. 18-1784C |
| v. | (Judge Hertling) |
| UNITED STATES, | |
| Defendant. | |

**DECLARATION OF SEBASTIAN BATES**

I, Sebastian Bates, upon my personal knowledge and in accordance with 28 U.S.C. § 1746, declare as follows:

1. I am a J.S.D. candidate at the Yale Law School, working over the summer at the Jerome N. Frank Legal Services Organization as a law student intern under the supervision of attorney Michael J. Wishnie.

2. J.S.D. candidates at the Yale Law School are required to complete a dissertation that makes a substantial, original contribution to legal scholarship. Many are graduates of the Law School's LL.M. program. I graduated from that program in the May of this year. I previously completed my first law degree at the University of Oxford in 2017. I then clerked for Justice Johan Froneman at the Constitutional Court of South Africa.

3. Over the summer of 2015, I interned for the Honorable Lisa Margaret Smith at the United States District Court for the Southern District of New York.

4. As an LL.M. candidate, I enrolled in the Constitutional Litigation seminar, which was taught by the Honorable John M. Walker, Jr., of the United States Court of

    Appeals for the Second Circuit, and the Honorable Jeffrey A. Meyer, of the United States District Court for the District of Connecticut.

5. At the Veterans Legal Services Clinic, I am also assigned to matters before the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for Veterans Claims, and the United States District Court for the District of Connecticut as well as the Board for Correction of Naval Records.

I declare under penalty of perjury that the foregoing is true and correct.

            Executed on June 26, 2019 in New Haven, Connecticut.

                         /s/ Sebastian Bates
                           Sebastian Bates
                           Law Student Intern
               Jerome N. Frank Legal Services Organization