IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT J. LABONTE,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | No. 18-1784C<br><br>(Judge Hertling) |

## DECLARATION OF CATHERINE E. McCARTHY

I, Catherine E. McCarthy, upon my personal knowledge and in accordance with 28 U.S.C. § 1746, declare as follows:

1. I graduated from the Yale Law School with a J.D. in May 2019. I am working at the Jerome N. Frank Legal Services Organization as a law graduate intern under the supervision of attorney Michael J. Wishnie until the end of June.

2. Until my graduation, I was involved in a number of matters as a student enrolled in the Veterans Legal Services Clinic. For example, I argued before the United States Court of Appeals for Veterans Claims, sitting *en banc*, in *Monk v. Wilkie*, 30 Vet. App. 167 (2018).

3. In the summer of 2017, I worked for the federal government as a law clerk in the Human Rights and Special Prosecutions Section of the United States Department of Justice's Criminal Division.

4. In 2018, I was a summer associate at two firms. In the fall, I intend to return to one of them as a first-year associate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2019 in New Haven, Connecticut.

<u>/s/ Catherine E. McCarthy</u>
Catherine E. McCarthy
Law Graduate Intern
Jerome N. Frank Legal Services Organization