IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ROBERT J. LABONTE,

                Plaintiff,

        v.

UNITED STATES,

            Defendant.

No. 18-1784C

(Judge Hertling)

**DECLARATION OF JARED M. QUIGLEY**

I, Jared M. Quigley, upon my personal knowledge and in accordance with 28 U.S.C. § 1746, declare as follows:

1.     I am a J.D. candidate entering my second year at Cornell Law School. I am working over the summer at the Jerome N. Frank Legal Services Organization as a law student intern under the supervision of attorney Michael J. Wishnie.

2.     Over the past year, I made the Dean's List at Cornell Law School in both semesters and received CALI Excellence for the Future Awards in recognition of my performance in Civil Procedure and Contracts. I also participated in the Langfan Internal Moot Court.

3.     In the summers of 2015, 2016, and 2017, I interned at the Public Defender's Office in Bridgeport, Connecticut.

4.     At the Veterans Legal Services Clinic, I am also working on a case before the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2019 in New Haven, Connecticut.

/s/ Jared M. Quigley
Jared M. Quigley

Law Student Intern
Jerome N. Frank Legal Services Organization