# In the United States Court of Federal Claims

July 12, 2019

ORDER

On June 26, 2019, Sebastian Bates, law student at Yale law school; Matthew D. Handley, law student at Seton Hall University School of Law; Jared M. Quigley, law student at Cornell Law School; and Catherine E. McCarthy, recent graduate of Yale Law School, petitioned the chief judge to certify them to practice pursuant to Rule 83.3(b) of the Rules of the United States Court of Federal Claims ("RCFC"). Upon consideration of the petition and the supporting documentation, it is ORDERED that Sebastian Bates, Matthew D. Handley, Jared M. Quigley, and Catherine E. McCarthy are certified to practice before this court.

**IT IS SO ORDERED.**

_____
CHARLES F. LETTOW
Acting Chief Judge