# In the United States Court of Federal Claims

No. 18-1784C

(Filed: July 25, 2019)

|  |  |
|---|---|
| **ROBERT J. LABONTE, JR.,** | ) ) ) |
| *Plaintiff* | ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) ) |

## ORDER

On July 24, 2019, the defendant filed an Unopposed Motion for an Enlargement of Time to File Reply Brief and Response to Cross-Motion (ECF 37). For good cause shown, the Court GRANTS the Motion for a 21-day extension to file a Reply Brief to the Response (ECF 36). The brief shall be filed on or before August 21, 2019.

Parties are directed to provide the Court with a courtesy copy of any pleading filed in this matter that is over 20 pages in length.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**