Case 1:18-cv-01784-RAH   Document 41   Filed 08/29/19   Page 1 of 1

# In the United States Court of Federal Claims

No. 18-1784C
(Filed: August 29, 2019)

|  |  |
|---|---|
| **ROBERT J. LABONTE, JR.,** | ) ) ) |
| *Plaintiff* | ) ) ) |
| v. | ) ) ) |
| **UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) ) |

## ORDER

On August 29, 2019, the plaintiff filed the Unopposed Motion for an Enlargement of Time to Reply to the Government's Response to Plaintiff's Cross-Motion to Complete and Supplement the Administrative Record (ECF 40).  In its response to the plaintiff's motion to supplement the administrative record, the government indicated that, subject to its ability to review the additional documents, it does not object to the plaintiff's motion to supplement the administrative record.  In the event that the government files an objection, the Court will give the plaintiff an opportunity at that time to respond to the government's opposition.  Because the government, as of this date, has indicated it does not currently object to the motion to supplement the administrative record, further briefing from the plaintiff is not necessary.  Accordingly, the plaintiff's motion to extend time is hereby DENIED without prejudice to the plaintiff's ability to file an additional brief in the event the government subsequently decides to object to some or all of the documents the plaintiff seeks to add to the administrative record.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**