# In the United States Court of Federal Claims

No. 18-1784C
(Filed: September 3, 2019)

|  |  |
|---|---|
| **ROBERT J. LABONTE, JR.,** | ) |
| *Plaintiff* | ) |
| v. | ) |
| **UNITED STATES,** | ) |
| *Defendant.* | ) |

## ORDER

This case is hereby set for a telephonic status conference at 9:00 a.m. EST on September 12, 2019. The Court will initiate the call.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**