# In the United States Court of Federal Claims

No. 18-1784C
(Filed: September 12, 2019)

|  |  |
|---|---|
| **ROBERT J. LABONTE, JR.,** | ) ) ) |
| *Plaintiff* | ) ) |
| v. | ) ) ) |
| **UNITED STATES,** | ) ) |
| *Defendant.* | ) ) ) ) |

## ORDER

Pursuant to the telephonic status conference of September 12, 2019, the defendant will file a supplement to the administrative record by September 27, 2019.

Further, the plaintiff will file a cross-motion for judgment on the administrative record by October 25, 2019. The defendant will file a response to the plaintiff's cross-motion by November 8, 2019, and the plaintiff may file a reply by November 15, 2019.

The Court will hear oral argument on the pending motions on December 3, 2019, at 2:30 p.m. at the National Courts Building, 717 Madison Place NW, Washington, D.C.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**