# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT J. LABONTE, | |
| Plaintiff, | No. 18-1784C |
| v. | (Judge Hertling) |
| UNITED STATES, | |
| Defendant. | |

## NOTICE OF FILING OF FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD

Defendant, the United States, respectfully submits the accompanying documents (Tab 25 through Tab 37) as a supplement to the previously filed administrative record.

    JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ *Douglas K. Mickle*
*by L. Misha Preheim*
DOUGLAS K. MICKLE
Assistant Director

s/ *Richard P. Schroeder*
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-7788
email: richard.schroeder@usdoj.gov

September 26, 2019