# In the United States Court of Federal Claims

No. 18-1784C
(Filed: October 23, 2019)

|  |  |
|---|---|
| **ROBERT J. LABONTE JR.,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) |
| *Defendant.* | ) ) ) |

## ORDER

On October 21, 2019, Julia Coppleman moved to appear for Robert LaBonte under supervision pursuant to Rule 83.3 of the Rules of the United States Court of Federal Claims. The motion (ECF 50) contains the materials that law students must submit before appearing on behalf of a party.  Accordingly, the Court Grants the Motion for Leave to Appear Under Supervision.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**