# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

December 3, 2019

Army Board for the Correction of
Military Records
Army Review Board Agency
251 18th Street South, Suite 385
Arlington, VA 22202-3531

    Re: **Robert J. Labonte Jr., v. The United States**
        *No. 18-1784 C*

Dear Sir/Madam:

On December 3, 2019, an Order was issued in the above captioned case remanding it to the Army Board for Correction of Military Records for further proceedings. In accordance with RCFC 52.2 (copy enclosed), I am sending you a certified copy of the above mentioned Order.
Please note the requirements of RCFC 52.2(d) with regard to the number of copies required for the filing of the decision. If you have any questions, please feel free to contact this office at (202) 357-6406.

                                          Sincerely,

                                          Sandra A. Henry
                                          Records Specialist

Enclosures

cc: Judge Richard A. Hertling
    Michael J. Wishnie
    Richard P. Schroeder