# In the United States Court of Federal Claims

No. 18-1784C
(March 20, 2020)

|  |  |
|---|---|
| **ROBERT J. LABONTE, JR.,** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |

## ORDER

On March 20, 2020, the defendant filed a motion for an extension of time (ECF 61), in which it noted the plaintiff's opposition to the motion.

The plaintiff is directed to file his opposition by **March 26, 2020**.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**