
**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ROBERT J. LABONTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18-1784C |
| v. | ) | |
| | ) | (Judge Hertling) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff, Robert LaBonte, Jr., and Defendant, the United States, respectfully submit the following Joint Status Report pursuant to the Court's December 3, 2019 order, ECF No. 57, and its March 22, 2020 order granting in part Defendant's request for an enlargement of time, ECF No. 64.

**I. Status Update**

On December 3, 2019, the Court partially dismissed Plaintiff's complaint for lack of jurisdiction, except for his "claim that he should have been considered for medical retirement before being convicted by a court martial," and vacated the Army Board for Correction of Military Records' ("ABCMR") decision to deny his claim for medical retirement. ECF No. 57. The Court remanded the matter to the ABCMR to "obtain a further medical opinion that considers the medical evidence as required by law and thereafter resolve the plaintiff's claim." *Id.* On April 29, 2020, ABCMR denied Mr. LaBonte's claim in full.

## II. Proposed Briefing Schedule

The parties respectfully request a scheduling order for dispositive motions. The parties respectfully propose the following schedule and deadlines:

- **June 10, 2020**: Defendant submits a supplement to the Administrative Record for ABCMR's April 29, 2020 decision.
- **July 1, 2020**: Plaintiff submits Motion for Judgment on the Administrative Record.
- **August 6, 2020**: Defendant submits Cross-Motion for Judgment on the Administrative Record and/or Motion to Dismiss, and Response to Plaintiff's Motion for Judgment on the Administrative Record (Defendant's Cross-Motion).
- **September 11, 2020**: Plaintiff submits Response to Defendant's Cross-Motion and Reply in Support of Plaintiff's Motion.
- **October 8, 2020**: Defendant submits Reply in Support of Defendant's Cross-Motion.

Dated: May 8, 2020

Respectfully submitted,

By: /s/ Michael J. Wishnie, by Renee A. Burbank

Lernik Begian, Law Student Intern*
Samuel Davis, Law Student Intern
Casey Smith, Law Student Intern*
Renée A. Burbank, Supervising Attorney
Michael J. Wishnie, Supervising Attorney
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
t. (203) 432-4800 f. (203) 432-1426
renee.burbank@ylsclinics.org
michael.wishnie@ylsclinics.org
*Counsel for Plaintiff*

*Motion for Student Appearance Forthcoming

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ *Douglas K. Mickle*
DOUGLAS K. MICKLE
Assistant Director

s/ *Richard P. Schroeder*
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 305-7788
Email: Richard.Schroeder@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

Major Michael Townsend, Jr.
United States Army
Military Personnel Branch
U.S. Army Legal Services Agency

May 8, 2020