# In the United States Court of Federal Claims

No. 18-1784C
(May 8, 2020)

|  |  |
|---|---|
| **ROBERT J. LABONTE, JR.,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |

## ORDER

On May 8, 2020, the parties submitted a Joint Status Report (ECF 65) reporting that the Army Board for Correction of Military Records again denied the plaintiff's claim on remand from this Court and proposing a schedule for further proceedings,

The Court adopts the parties' proposed schedule. Accordingly, the parties shall adhere to the following schedule:

**June 10, 2020**: the defendant shall file the supplemental administrative record;

**July 1, 2020:** the plaintiff shall file his motion for judgment on the administrative record;

**August 6, 2020:** the defendant shall file its cross-motion for judgment on the administrative record and opposition to the plaintiff's motion for judgment on the administrative record;

**September 11, 2020:** the plaintiff shall file his opposition to the defendant's motion for judgment on the administrative and reply in support of his motion;

**October 8, 2020:** the defendant shall file its reply in support of its motion.

2

The Court will schedule oral argument after briefing is complete in provide an opportunity for a law student to appear in court.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**
