## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT J. LABONTE, | |
| Plaintiff, | No. 18-1784C |
| v. | (Judge Hertling) |
| UNITED STATES, | |
| Defendant. | |

## NOTICE OF FILING OF
## POST-REMAND SUPPLEMENT TO ADMINISTRATIVE RECORD

Defendant, the United States, respectfully submits the accompanying documents as a post-remand supplement to the previously filed administrative record.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ *Douglas K. Mickle*
DOUGLAS K. MICKLE
Assistant Director

| | |
|---|---|
| OF COUNSEL: | s/ *Richard P. Schroeder* |
| | RICHARD P. SCHROEDER |
| Major Michael Townsend, Jr. | Trial Attorney |
| United States Army | Commercial Litigation Branch |
| Military Personnel Branch | Civil Division |
| U.S. Army Legal Services Agency | U.S. Department of Justice |
| | PO Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tele: (202) 305-7788 |
| | Fax: (202) 305-7643 |
| | Email: Richard.Schroeder@usdoj.gov |
| | |
| Dated: June 9, 2020 | Attorneys for Defendant |