# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT J. LABONTE, | |
| Plaintiff, | No. 18-1784C |
| v. | (Judge Hertling) |
| UNITED STATES, | |
| Defendant. | |

## CONSENTED MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Renée A. Burbank hereby moves the court to be substituted as Attorney of Record for the Plaintiff, Robert J. LaBonte, Jr. in the above-styled case. Per RCFC 83.1(c)(4) the following documents are provided:

1. An affidavit by Renée A. Burbank stating that she has been retained as attorney in this matter. *See* Ex. A.

2. The written consent for substitution of attorney by the previous attorney of record, Michael J. Wishnie. *See* Ex. B.

WHEREFORE, Renée A. Burbank moves that the Court recognize her as the attorney of record.

Dated: July 14, 2020

Respectfully submitted,

/s/ *Renée A. Burbank*
Renée A. Burbank
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
t. (203) 432-4800
f. (203) 432-1426
renee.burbank@ylsclinics.org

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROBERT J. LABONTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | No. 18-1784C<br><br>(Judge Hertling) |

**EXHIBIT A**
**AFFIDAVIT OF APPOINTMENT**

State of Connecticut

County of New Haven

Renée A. Burbank states as follows:

1. That I am an attorney licensed to practice law in the U.S. Court of Federal Claims

2. That Robert J. LaBonte, Jr. has retained me as new attorney of record in this matter.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2020.

　　　　　　　　　　　　　　　　　　　　/s/ *Renée A. Burbank*
　　　　　　　　　　　　　　　　　　　　Renée A. Burbank
　　　　　　　　　　　　　　　　　　　　Veterans Legal Services Clinic
　　　　　　　　　　　　　　　　　　　　Jerome N. Frank Legal Services Organization
　　　　　　　　　　　　　　　　　　　　P.O. Box 209090
　　　　　　　　　　　　　　　　　　　　New Haven, CT 06520-9090
　　　　　　　　　　　　　　　　　　　　t. (203) 432-4800
　　　　　　　　　　　　　　　　　　　　f. (203) 432-1426
　　　　　　　　　　　　　　　　　　　　renee.burbank@ylsclinics.org

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBERT J. LABONTE, | | |
| Plaintiff, | | No. 18-1784C |
| v. | | (Judge Hertling) |
| UNITED STATES, | | |
| Defendant. | | |

**EXHIBIT B**
**CONSENT TO CHANGE ATTORNEY OF RECORD**

NOW COMES Michael J. Wishnie, Attorney of Record in the above-captioned matter, and hereby consents to Renée A. Burbank being named as the new attorney of record in said matter.

Dated: July 14, 2020

Respectfully submitted,

/s/ *Michael J. Wishnie*
Michael J. Wishnie
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
t. (203) 432-4800
f. (203) 432-1426
renee.burbank@ylsclinics.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the defendant by email on July 14, 2020.

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 305-7788
Fax: (202) 305-7643
Email: Richard.Schroeder@usdoj.gov

/s/ *Renée A. Burbank*
Renée A. Burbank
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
t. (203) 432-4800
f. (203) 432-1426
renee.burbank@ylsclinics.org