# In the United States Court of Federal Claims

No. 18-1784

Filed: August 3, 2020

| | |
|---|---|
| **ROBERT J. LABONTE, JR.,** | |
| *Plaintiff*, | |
| v. | |
| **UNITED STATES,** | |
| *Defendant*. | |

### ORDER

On July 31, 2020, the defendant filed a motion to extend the time to file its cross-motion for judgment on the administrative record and opposition to the plaintiff's motion for judgment on the administrative record (ECF 70).

For good cause shown, the defendant's motion is **GRANTED.** Accordingly, defendant's motion for judgment on the administrative record is now due on **August 14, 2020**, and the plaintiff's opposition to the defendant's motion and reply brief is now due on **September 18, 2020**. The defendant's reply brief remains due on **October 8, 2020**.

Oral argument on the cross-motions for judgment on the administrative record will take place by videoconference on **October 13, 2020**, at 10 a.m. EDT. The Court will consult with the parties regarding their preferred videoconference platform.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**